THE STATE v. BAHNE.

THE SAME v. McATEE.

1.  **Criminal Law :** APPEAL : AFFIRMANCE ON MOTION.   Section 4538
    of the Code, which requires this court to examine the record in
    criminal cases appealed, and, without regard to technical errors or
    defects, render such judgment on the record as the law demands,
    forbids the affirmance of a judgment of conviction upon motion of
    the state.

2.  ———: ———: JUDGMENT ON APPEAL BOND.   Upon the affirmance
    of a judgment of conviction, this court cannot render judgment
    upon the appeal bond when the bond is not before the court.

*Appeals from Polk District Court.*—HON. W. H.
McHENRY, Judge.

FILED, FEBRUARY 8, 1890.

THE defendant in each case was convicted upon an
indictment for maintaining a  nuisance by keeping a
place for the unlawful sale of intoxicating liquors.  Each
defendant appeals to this court.

*W. S. Sickmon,* for appellants.

*J. Y. Stone,* Attorney General, and *J. K. Macomber,*
for the State.

BECK, J.—I.   The counsel for the state move to
affirm the judgment in each case, and that judgment be
rendered in  this court against the sureties
in the appeal bond.   We cannot entertain
a motion to affirm a criminal case.   We are
required to examine the record, and, without regard to
technical errors or defects, to render such judgment on
the record as the law demands.   Code, sec. 4538.

II.   We infer, as defendants made no objection to
the records before us, that they are brought here by the

2. ——:——: defendants pursuant to their respective
judgment on appeals. Neither of the records contains
appeal bond. more than the indictment, judgment, notice
of appeal and authentication thereof made by the clerk.
There appears no error or irregularity upon the face of
the record before us. The judgment of the district
court must be affirmed, and each case must be remanded
for the enforcement of the judgment in the court below.
No judgment could be entered in either case on the
appeal bond in this court, for the reason, if for no other,
that the bond is not before us. AFFIRMED.